| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | HEATHER M. ANGOVE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| | heather_angove@fd.org |
| 5 | |
| 6 | Counsel for Defendant, |
| | ROBERT VASSER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-20131 RMW |
| | ) | No. CR 02-20007 RMW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE; ORDER** |
| | ) | |
| ROBERT VASSER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION**

Defendant Robert Vasser, by and through Assistant Federal Public Defender Heather Angove, and the United States, by and through Assistant United States Attorney Gary G. Fry, hereby stipulate that, with the Court's approval, the status hearing currently set for November 18, 2013 at 9:00 a.m., shall be continued to November 25, 2013 at 9:00 a.m.

The request for the continuance is based upon the need for additional time to resolve the issues concerning the alleged supervised release violations set forth in the Probation Form 12.

\\\

\\\

\\\

IT IS SO STIPULATED.

Dated: November 13, 2013

                                              /s/
                                              HEATHER M. ANGOVE
                                              Assistant Federal Public Defender

Dated: November 13, 2013

                                              /s/
                                              GARY G. FRY
                                              Assistant United States Attorney

## [] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing in both of these cases shall be continued from November 18, 2013 at 9:00 a.m., to November 25, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November FÍ___, 2013

_/s/ Ronald M. Whyte_
THE HONORABLE RONALD M. WHYTE
United States District Court Judge